NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. LAGUNAS,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2025-1492

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-5871, Judge Coral Wong Pietsch.

---

Before TARANTO, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Robert L. Lagunas seeks "interlocutory" review, ECF No. 1-2 at 1, of a February 4, 2025 order of the United States Court of Appeals for Veterans Claims granting the Secretary of Veterans Affairs an extension of time to file his brief.  In response to this court's May 15, 2025 show

cause order, the Secretary of Veterans Affairs urges dismissal of this appeal.  Mr. Lagunas has not responded.

Under 38 U.S.C. § 7292(a), we have jurisdiction over a "decision" of the Court of Appeals for Veterans Claims. Consistent with longstanding traditions of the federal courts system and to help "avoid unnecessary piece-meal appellate review," our cases have "generally declined to review non-final orders of the Veterans Court," *Williams v. Principi*, 275 F.3d 1361, 1363–64 (Fed. Cir. 2002) (citations omitted), which includes an order granting an extension of time.  We see no basis to depart from that approach here. Mr. Lagunas may seek this court's review, if necessary, by filing a timely notice of appeal after a final decision has been entered in his case.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 11, 2025
Date